UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DAVIS JR., | No. 2:20-cv-01586 JAM-AC PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VA-VBA-ROBERT WILKIE-SECRETARY, | |
| Defendants. | |

Plaintiff, who is proceeding in pro se, has filed this case against the Department of Veterans Affairs, and has paid the filing fee. Based on the contents of the complaint, the court has determined that this case was filed in the improper venue.

The federal venue statute provides that "[a] civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action." 28 U.S.C. § 1391(e)(1).

In this case, plaintiff complains of incidents that occurred during his employment at the Oakland Regional Office of the VA.  See ECF No. 1 at 9.  Plaintiff lists himself as having a Texas address.  ECF No. 1 at 7.  Oakland, California is in Alameda County, which is part of the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: August 11, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE